**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MAIKEL ALFREDO SEGURA,

Petitioner,

v. No. 1:26-cv-00591-MLG-GBW

WARDEN, et al.,

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER**

This matter is before the Court on pro se Petitioner Maikel Alfredo Segura's Petition for Writ of Habeas Corpus ("Petition"), Doc. 1. Having considered the Petition, and having held a hearing on October 23, 2026, and being otherwise fully informed, the Court finds that it is well taken and should be granted. For the reasons stated on the record during the October 23, 2026, hearing, and incorporating the holdings and reasoning provided in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026), the Court grants the Petition. To the extent Petitioner's Motion to Enforce, Doc. 16, also requested release, the motion is granted.

Segura must be released within forty-eight hours of the entry of this Order. Segura shall be released with all of his property, including identification documentation, that was in his possession when he was detained by Respondents, along with a copy of this Order.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA